FILED

1/6/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JED A. SIMON,**<br><br>Defendant. | **VIOLATION:**<br>**9712090**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation 9712090 (for a total of $55), and for good cause shown, IT IS ORDERED that the $55 fine paid by the defendant is accepted as a full adjudication of violation 9712090.

IT IS FURTHER ORDERED that the initial appearance scheduled for January 21, 2021, is VACATED.

DATED this 6th day of January, 2021.

_____
John Johnston
United States Magistrate Judge